UNITED STATES of America, Appellee,

v.

Isaias PEREZ, Appellant.

No. 10–2116.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 16, 2010.

Filed: Sept. 23, 2010.

John H. Lammers, U.S. Attorney's Office, Sioux City, IA, for Appellee.

John P. Messina, Assistant Federal Public Defender, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Isaias Perez, Oklahoma City, OK, pro se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Isaias Perez appeals the 130–month sentence the district court[1] imposed upon his guilty plea to two counts of distributing methamphetamine after having previously been convicted of a felony drug offense, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 851. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the reasonableness of the sentence.

We conclude that the district court committed no procedural error and imposed a substantively reasonable sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (in reviewing sentence, appellate court first ensures that district court committed no significant procedural error, then considers substantive reasonableness of sentence under abuse-of-discretion standard; if sentence is within applicable Guidelines range, appellate court may apply presumption of reasonableness); *United States v. Haack*, 403 F.3d 997, 1004 (8th Cir.2005) (describing abuse of discretion).

Having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.